UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-152-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| ANITA LOUISE JACKSON | ) | |

This matter is before the Court upon motion of the United States to dismiss the Criminal Information and to close the case pursuant to Federal Rule of Criminal Procedure 48(a). The Government's motion is ALLOWED. The Clerk of Court is hereby directed to dismiss the Criminal Information and to close this case. The Clerk is further directed to cancel any pending hearings in this matter.

SO ORDERED, this __22__ day of June, 2021.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE